UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Alishea Simes, as parent and natural guardian
of Julian Simes; and Veronica Jones, as parent
and natural guardian of Christopher Jones,

                Plaintiffs,

vs.

Paul Ford, Candice Beaudette, Thaddeus Schmidt,
Ron Lehner and Jeff Whitbeck, all in their
individual capacities as police officers of the
City of St. Paul; and the City of St. Paul,

                Defendants.

Case No. 04-4831 (JRT/FLN)

PETITION FOR
APPROVAL OF MINOR
SETTLEMENTS

---

Pursuant to Rule 145 of the Minnesota Rules of Practice – District Courts, petitioners Alishea Simes, as parent and natural guardian of Julian Simes, and Veronica Jones, as parent and natural guardian of Christopher Jones ("petitioners"), state and allege as follows:

1. Julian Simes' ("Julian") date of birth is June 19, 1992. Julian resides with petitioner Alishea Simes at 346 East Magnolia Street, St. Paul, Minnesota 55101.

2. Christopher Jones' ("Christopher") date of birth is November 28, 1990. Christopher resides with petitioner Veronica Jones at 527 Tedesco Street, St. Paul, Minnesota 55101.

3. These claims arise out of an incident occurring in St. Paul, Minnesota on November 21, 2003.

4. On November 21, 2003, members of the St. Paul Police Department apprehended Julian and Christopher. Both boys were suspected of being involved in an armed robbery. Both boys were released without being booked or charged with any crimes.

5. Julian and Christopher sought medical treatment at the Children's Hospital Emergency Room on November 21, 2003. (See Medical Records at Exhibit A). Christopher was treated for wrist pain as a result of being handcuffed by St. Paul police officers and Julian was

treated for a contusion on the side of his face as a result of being struck by an officer. Other than this visit to Children's Hospital, neither boy has sought any medical or psychological treatment as a result of the November 21, 2003, incident.

6. On behalf of Julian and Christopher, petitioners retained Eric Hageman, Andrew Noel and Flynn, Gaskins & Bennett, L.L.P., to represent us on a contingent fee basis with the prosecution of Fourth Amendment claims relating to the boys' arrest and the police officers' use of force. (See Retainer Agreements at Exhibit B). The above lawsuit was subsequently filed.

7. We understand that the City of St. Paul, on its own behalf and on behalf of the defendant police officers, has agreed to pay Julian and Christopher each $5,000 in full settlement of their claims related to the incident of November 21, 2003.

8. We also understand that the City of St. Paul, on its own behalf and on behalf of the defendant police officers, has agreed to pay a portion of Flynn, Gaskins & Bennett, L.L.P. attorneys' fees and costs (separately recoverable under 42 U.S.C. § 1988) it incurred in this lawsuit. Our attorneys have explained that Flynn, Gaskins & Bennett, L.L.P. has incurred $30,674.94 in attorneys' fees and costs in connection with this lawsuit. Flynn, Gaskins, & Bennett, L.L.P. has agreed to accept $20,000 from the City of St. Paul as payment for attorneys' fees and costs.

9. We understand that Julian and Christopher's physical injuries were temporary in nature and that the amount of attorneys' fees and costs (separately recoverable under 42 U.S.C. § 1988) would have likely exceeded the damages awarded to petitioners if the case proceeded to trial.

10. We understand that neither Julian nor Christopher will have any attorneys' fees or costs deducted from their individual recoveries of $5,000 each.

11. Petitioner Alishea Simes believes that $5,000 for Julian Simes is fair, reasonable and just.

12. Petitioner Veronica Jones believes that $5,000 for Christopher Jones is fair, reasonable and just.

13. There is no collateral source nor any derivative or individual claim being asserted. There have been no subrogation rights asserted by any party.

14. Petitioners hereby request that $5,000 be distributed for the benefit of Julian Simes and that $5,000 be distributed for the benefit of Christopher Jones, to be invested in accordance with Minn. Stat. §540.08, in "securities issued by the United States, which shall be deposited pursuant to the order of the court or . . . in a savings account, savings certificate of deposit or share certificate in a bank, savings association, trust company, credit union which either depositor or beneficiary is a member."

WHEREFORE, petitioners pray for an Order of the court approving the settlement of the claims of Julian Simes and Christopher Jones for the total sum of $30,000, which includes $20,000 in attorneys' fees and costs and $5,000 to both Julian Simes and Christopher Jones and authorizing petitioners to execute a release to that effect.

Dated this __11__ day of November, 2005.

_____
Alishea Simes

## VERIFICATION

Alishea Simes, being first duly sworn on oath, deposes and states that she is the petitioner above-named, that she has read the foregoing petition, knows the contents thereof, and states that the same is true and correct, to the best of her knowledge, information and belief.

_____
Alishea Simes

Subscribed and sworn to before me
this __11__ day of November, 2005.

_____
Notary Public

ANDREW J NOEL
Notary Public
Minnesota
My Commission Expires January 31, 2009

3

Dated this \_\_\_11\_\_\_ day of November, 2005.

*Veronica Jones*
Veronica Jones

## VERIFICATION

Veronica Jones, being first duly sworn on oath, deposes and states that she is the petitioner above-named, that she has read the foregoing petition, knows the contents thereof, and states that the same is true and correct, to the best of her knowledge, information and belief.

*Veronica Jones*
Veronica Jones

Subscribed and sworn to before me this \_\_\_11\_\_\_ day of November, 2005.

_____
Notary Public

ANDREW J NOEL
Notary Public
Minnesota
My Commission Expires January 31, 2008

EXHIBIT A

# Children's
HOSPITALS AND CLINICS

**EMERGENCY DEPARTMENT RECORD**

ROOM #: 

JONES, CHRISTOPHER MICHAEL
MRN: 1300101
DOB: 11-28-90
GENDER: M
Street, Kellee A
Historic StP MRN: 3001015
PATIENT NAME:

ACCT: 1000190711
DOS: 11/21/03
Emergency Dept
ED-S

TRIAGE TIME: 2115
ACUITY: ☐ RSP ☒ Non-Urgent ☐ Urgent ☐ Acute ☐ Emergent
MODE OF ARRIVAL/INFORMANT: ☒ Parent ☐ Self ☐ Ambulance ☐ Other ☐ Interpreter

T: 36.7 ☐ R ☒ Or ☐ Ax
P: 84
R: 16
BP: 131/65
AGE: 12
☒ M ☐ F
☒ Calm ☐ Crying ☐ Uncooperative
O2 SAT:
PRIMARY MD/CLINIC: Dr. John Kelley
WT: 67.2 kg

**"Chief Complaint"**: wrist pain
**General Appearance**: ☐ Attentive – normal for age/dev ☐ Easily consoled ☐ Inconsolable ☐ Other
**Triage Note**: wrist pain from handcuffs. assault by police per pt.

**Pain Screening**: ☒ Yes ☐ No
**Pain Intensity**: ☐ Faces ☒ 0-10 = 6 ☐ FLACC
**Pain Quality** (location, frequency, duration, aggravating/relieving factors):

**Allergies**: ☒ NKA ☐ Drug ☐ Food
**Exposures**: ☒ None ☐ TB ☐ Chicken Pox ☐ Other ☐ Environment ☐ Latex
**Isolation**: ☐ Special Airborne ☐ Airborne ☐ Droplet ☐ Contact ☐ Protective    MDRO: ☒ No ☐ Yes
**Immunizations**: ☒ UTD
**PMH**: ADHD
**Current Medications**: Concerta
**Triage Interventions**: ☐ Ice ☐ Splint ☐ Elevate ☐ Dressing ☐ Guideline(s) initiated – see orders ☐ Herbals
☐ NPO Instruction   Last food _____ Fluid _____ Breast milk _____
**Triage Signature**: (signature)

**History/Focused Assessment of Chief Complaint**
Time 2200. Pt reports while police handcuffed A causing pain in wrists. CMS intact, full ROM. Injury occurred @ 1900 today. (signature) RN

## RESPIRATORY
Not Assessed ☒
☐ Cough ☐ Congestion
☐ Normal effort ☐ Nasal flaring
☐ Retractions
☐ Stridor
☐ Exp. grunting
**Lung Sounds**: R L
Clear ☐ ☐
Crackle/rales ☐ ☐
Rhonchi ☐ ☐
Wheezing I/E ☐ ☐
Diminished ☐ ☐
**Aeration**: ☐ good ☐ fair ☐ poor
☐ Peak Flow _____ Ht. _____

## CIRCULATORY
Not Assessed ☒
**Color**: ☐ Pink ☐ Pale ☐ Mottled ☐ Cyanotic ☐ Jaundiced
**Pulses**: ☐ Normal ☐ Bounding ☐ Weak ☐ Absent
**Cap Refill/Extremity**:
☐ Normal < 2-3 seconds
☐ Delayed _____ seconds
☐ Warm
☐ Cool
☐ Diaphoretic

## FLUID BALANCE
Not Assessed ☒
**Skin Turgor**: ☐ Normal ☐ Decreased
**Edema**: ☐ Present ☐ Absent
**Mucous Membranes**: ☐ Moist ☐ Sticky ☐ Dry
**Tears**: ☐ Present ☐ Absent
☐ Sunken eyes
Last UOP _____
☐ Vomiting
☐ Diarrhea
☐ Orthostatic BPs

## GI/GU
Not Assessed ☒
**Abd**: ☐ Soft/flat ☐ Firm ☐ Distended
BS: ☐ Present ☐ Absent
Last BM _____
**Genito/Urinary**:
☐ Flank pain ☐ Vag disch
☐ Burning ☐ Vag bleed
☐ Urgency ☐ LMP _____
☐ Frequency ☐ Pregnant
☐ Hematuria

## SKIN/WOUND/MUSCULOSKELETAL
Not Assessed ☒
☐ Skin intact
☐ No swelling/deformity
Site _____
☐ Rash ☐ Contusion
☐ Lesions ☐ Avulsion
☐ Abrasion ☐ Swelling
☐ Puncture ☐ Deformity
☐ Laceration _____ cm
☐ Burn _____
CMS Intact: ☐ Yes ☐ No
Impaired ROM: ☐ Yes ☐ No

## NEURO/DEVELOPMENT
Not Assessed ☒
☐ A ☐ V ☐ P ☐ U
☐ HA ☐ Vomiting x _____
PERRL: ☐ Yes ☐ No
☐ Photo phobia
Symmetry Upper: ☐ Yes ☐ No
Symmetry Lower: ☐ Yes ☐ No
OFC _____
Fontanel _____

## EENT
Not Assessed ☒
**Eye**: R L
☐ Redness ☐ ☐
☐ Drainage ☐ ☐
☐ Itching ☐ ☐
☐ Trauma ☐ ☐
☐ Visual chg ☐ ☐
V.A.: OD _____ OS _____
**Ear**: R L
☐ Drainage ☐ ☐
**Throat**
☐ Drooling ☐ Bleeding

## MENTAL HEALTH
Not Assessed ☒
☐ See mood/physiological note above
**Behavior Needs**:
☐ Deescalation
☐ 1:1 monitoring – see order
☐ Restraint – see flow sheet
**Suicide Precautions**:
☐ 1:1 monitoring – see order
☐ Safe room
☐ Belongings secured – list
☐ Gown/pajama
☐ Parent/visitor instructed

**Initial Nursing Interventions**: ☐ Pulse Ox ☐ Cardiac monitor ☐ Guidelines – see orders ☐ Other _____
**Psychosocial**: ☐ No concerns noted ☐ Interpreter ☐ Social Worker ☐ DV ☐ MCRC ☐ Other _____
**Note**: ERD-ISAR

C307 13 (10/03)

**RN Signature**: (signature)

**EMERGENCY DEPARTMENT RECORD**

JONES, CHRISTOPHER MICHAEL
MRN: 1300101
DOB: 11-28-90
GENDER: M
Street, Kellee A
Historic StP MRN: 300101s

ACCT: 1000190711
DOS: 11/21/03
Emergency Dept
ED-S

TIME: _____
☐ Old Records Reviewed
☒ Nursing Notes Reviewed

## PROVIDER ASSESSMENTS

**HISTORY OF PRESENT ILLUSTRATION / PRESENT ILLNESS:** Red van + 4 squad cars chased pt + 2 friends in car at P. Christopher reached for wallet, told to raise hands, started to beat up step brother, had gun to his face, punched him in back, wrists welted from handcuffs, terrified.
Police returned to mom's house to give back wallet.
① incident report made

### REVIEW OF SYSTEMS
- Constitutional ☒ [+]
- Eyes ☒ [+]
- ENT ☒ [+]
- CV ☒ [+]
- Resp ☒ [+]
- GI ☒ [+]
- GU ☒ [+]
- Musculo [−] ☒ See Above
- Skin ☒ [+]
- Neuro ☒ [+]
- Psych [−] [+]
- Endo [−] [+]
- Hem/Lymph [−] [+]
- ALL/Imm [−] [+]
- ☐ Complete ROS otherwise negative

### PAST MEDICAL/FAMILY/SOCIAL HISTORY
Lives w/ parents, sister + brother. 7th grade.
Asthma - occ. uses albuterol

## EXAMINATION NARRATIVE
- **Appearance:** alert, NAD
- **Hydration:** mmm
- **HEENT:** OP clear, TMs w/ ⓑ
- **Neck:** Supple ⊘ LAD
- **Chest:** back tender to palpation below ⓑ scapula
- **Lungs:** CTA ⓑ   ⊘ bruising noted
- **Heart:** RRR ⊘ murmur
- **Abdomen:** Soft NT/ND ⊘ HSM ⊘ masses
- **Genitalia:**
- **Extremities:** red raised linear marks on L + R wrists, tender on marks, wrists w/ ROM
- **Skin/Lymph:**
- **Neuro:** A + O x 3 ⊘ focal deficit, strength + sensation
- **Spine:**

### ADDITIONAL PROVIDER/ATTENDING/PROCEDURE NOTE
discussed w/ MCRC - stated not child abuse - should file complaint c/ police

See residents note for details. I saw + evaluated the pt and agree w/ the residents findings + plan as written.

___ Notified and discussed with Primary MD _____ by _____
___ Notified and discussed with Consulting MD _____ by _____

C30713 (10/03)

**EMERGENCY DEPARTMENT RECORD**

## INTERDISCIPLINARY PLAN OF CARE

JONES, CHRISTOPHER MICHAEL
MRN: 1300101
DOB: 11-28-90
GENDER: M
Street, Kellee A
Historic StP MRN: 300101s

ACCT: 1000190711
DOS: 11/21/03
Emergency Dept
ED-S

### ORDERS: LABS AND X-RAYS

| ORDER TIME | MD | DIAGNOSTIC | ORDER ENTRY TIME | HUC | TIME | RN | RESULTS |
|---|---|---|---|---|---|---|---|
| | | CBC/Diff | | | | | |
| | | BC | | | | | |
| | | Profile 7 | | | | | |
| | | SSCR/R Strep | | | | | |
| | | U/A U/C/Hold | | | | | |
| | | LP Set | | | | | |

POCT Glucose:
Nl Range: 0-1 mo 60-90    > 1 mo 60-105    > 12y 70-110

| ORDER TIME | MD | DIAGNOSTIC | CLINICAL INFORMATION | HUC/ORDER ENTRY DATE | TIME | RN | RESULTS | X-RAY/ECG READ BY MD |
|---|---|---|---|---|---|---|---|---|
| | | CXR | | | | | X-ray discussed with: | |
| | | AXR | | | | | X-ray: | |
| | | CT | | | | | | |

ECG:

### ORDERS: INTERVENTIONS/PROCEDURES/MEDICATIONS

| TIME | MD | MEDICATIONS & PROCEDURES | TIME | RN | TIME | REASSESSMENT/RESPONSE | INITIAL |
|---|---|---|---|---|---|---|---|
| 2230 | BP | Ibuprofen 400mg po × 230 | | | | IV: g # Site Att x Ambo | |

☐ 1:1 monitoring

| TIME | T | P | R | BP | O2 SAT | O2 FLOW/SOURCE | PAIN | IV.V | NURSING REASSESSMENTS | INITIAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 2315 | | | | | | | | | StP Police contacted to fill a report per mom's request | J |

DISCHARGE:

Diagnosis: Possible assault / Soft tissue injury
D/C'd
IV FLUID TOTAL:

Discharge Plan/Instruction: (1) Police report to be made
Social work
Ibuprofen for pain, ice

☐ SSU observation for ___
☐ MD instruct/parent signature for understanding ___
Disposition: Time 0135 ☒ Discharge ☐ Admitted to ___    ☐ Admission ☐ Dictation or Patient Progress Record
See other records: ☐ Sedation ☐ Pre-Op ☐ Frequent VS ☐ Laceration Repair ☐ Restraint ☐ Transfer ☐ Other ___
By ___ ☐ Transferred to ___

| SIGNATURES | INIT. | SIGNATURES | INIT. | |
|---|---|---|---|---|
| | | MEDICAL STUDENT B. Wxxxberg | | EXAMINING PROVIDER(S) Condition on discharge: ☒ Stable ☐ Other |
| | | RESIDENT | | |

C30713 (10/03)

EMERGENCY DEPARTMENT RECORD

COPY

# Children's
## HOSPITALS AND CLINICS

**EMERGENCY DEPARTMENT RECORD**

2 of 3

ROOM # 10

SIMES, JULIAN CORDELL
MRN: 1501555
DOB: 06-19-92
GENDER: M
Street, Kellee A
Historic StP MRN: 501555s

ACCT: 1000190710
DOS: 11/21/03
Emergency Dept
ED-S

TRIAGE TIME 2106
ACUITY: ☐ RSP ☒ Non-Urgent ☐ Urgent ☐ Acute ☐ Emergent

MODE OF ARRIVAL/INFORMANT: ☐ Parent ☐ Self ☐ Ambulance ☒ Other Godmother ☑ Interpreter

PATIENT NAME:

T 36.6 ☒ Or ☐ Ax    P 96    R 18    BP 140/69

AGE 11    ☒ M ☐ F    ☒ Calm ☐ Crying ☐ Uncooperative    O2 SAT    WT 53.8 kg

PRIMARY MD/CLINIC 1-R

"Chief Complaint" assault    General Appearance: ☐ Attentive – normal for age/dev ☐ Easily consoled ☐ Inconsolable ☐ Other

Triage Note: pt states he kicked in head by police - sl edema visited by (R) eye

Pain Screening: ☒ Yes ☐ No    Pain Intensity: ☐ Faces ___ ☒ 0-10 8 ☐ FLACC

Pain Quality (location, frequency, duration, aggravating/relieving factors) head

Allergies: ☒ NKA ☐ Drug ___ ☐ Food ___ ☒ Environment pollen/dust ☐ Latex

Exposures: ☒ None ☐ TB ☐ Chicken Pox ☐ Other    MDRO: ☒ No ☐ Yes

Isolation: ☐ Special Airborne ☐ Airborne ☐ Droplet ☐ Contact ☐ Protective

Immunizations: ☒ UTD

PMH: nre

Current Medications: nre

Triage Interventions: ☐ Ice ☐ Splint ☐ Elevate ☐ Dressing ☐ Guideline(s) initiated – see orders ☐ Herbals

☐ NPO Instruction    Last food ___ Fluid ___ Breast milk ___    Triage Signature Olson

**History/Focused Assessment of Chief Complaint**
Time 2200 Pt was stopped by police p running away from an undercover vehicle. Pt states - SPPD punched him on (R) side of face causing a bruise and swelling. Injury occurred @ 1915. Olsen RN

### RESPIRATORY
Not Assessed ☒
☐ Cough ☐ Congestion
☒ Normal effort ☐ Nasal flaring
☐ Retractions
☐ Stridor
☐ Exp. grunting
Lung Sounds: R L
Clear ☐ ☐
Crackle/rales ☐ ☐
Rhonchi ☐ ☐
Wheezing I/E ☐ ☐
Diminished ☐ ☐
Aeration: ☐ good ☐ fair ☐ poor
☐ Peak Flow ___ Ht. ___

### CIRCULATORY
Not Assessed ☒
Color:    Pulses:
☐ Pink    ☐ Normal
☐ Pale    ☐ Bounding
☐ Mottled ☐ Weak
☐ Cyanotic ☐ Absent
☐ Jaundiced
Cap Refill/Extremity:
☐ Normal < 2-3 seconds
☐ Delayed ___ seconds
☐ Warm
☐ Cool
☐ Diaphoretic

### FLUID BALANCE
Not Assessed ☒
Skin Turgor:
☐ Normal ☐ Decreased
Edema: ☐ Present ☐ Absent
Mucous Membranes:
☐ Moist ☐ Sticky ☐ Dry
Tears: ☐ Present ☐ Absent
☐ Sunken eyes
Last UOP ___
☐ Vomiting
☐ Diarrhea
☐ Orthostatic BPs

### GI/GU
Not Assessed ☒
Abd:
☐ Soft/flat ☐ Firm ☐ Distended
BS: ☐ Present ☐ Absent
Last BM ___
Genito/Urinary:
☐ Flank pain    ☐ Vag disch
☐ Burning      ☐ Vag bleed
☐ Urgency      ☐ LMP
☐ Frequency    ☐ Pregnant
☐ Hematuria

### SKIN/WOUND/MUSCULOSKELETAL
Not Assessed ☒
☐ Skin intact
☐ No swelling/deformity
Site ___
☐ Rash       ☐ Contusion
☐ Lesions    ☐ Avulsion
☐ Abrasion   ☐ Swelling
☐ Puncture   ☐ Deformity
☐ Laceration ___ cm
☐ Burn ___
CMS Intact: ☐ Yes ☐ No
Impaired ROM: ☐ Yes ☐ No

### NEURO/DEVELOPMENT
Not Assessed ☒
☐ A ☐ V ☐ P ☐ U
☐ HA ☐ Vomiting x ___
PERRL: ☐ Yes ☐ No
☐ Photo phobia
Symmetry Upper: ☐ Yes ☐ No
Symmetry Lower: ☐ Yes ☐ No
OFC ___
Fontanel ___

### EENT
Not Assessed ☒
Eye:       R L
☐ Redness  ☐ ☐ ☐
☐ Drainage ☐ ☐ ☐
☐ Itching  ☐ ☐ ☐
☐ Trauma   ☐ ☐ ☐
☐ Visual chg ☐ ☐ ☐
V.A.: OD ___ OS ___
Ear:       R L
☐ Drainage ☐ ☐ ☐
Throat ___
☐ Drooling ☐ Bleeding

### MENTAL HEALTH
Not Assessed ☒
☐ See mood/physiological note above
Behavior Needs:
☐ Deescalation
☐ 1:1 monitoring – see order
☐ Restraint – see flow sheet
Suicide Precautions:
☐ 1:1 monitoring – see order
☐ Safe room
☐ Belongings secured – list
☐ Gown/pajama
☐ Parent/visitor instructed

Initial Nursing Interventions: ☐ Pulse Ox ☒ Cardiac monitor ☐ Guidelines – see orders ☐ Other ___
Psychosocial: ☐ No concerns noted ☐ Interpreter ☐ Social Worker ☐ DV ☐ MCRC ☐ Other ___
Note ERD to see

C30713 (10/03)    RN Signature Olsen RN

EMERGENCY DEPARTMENT RECORD

| TIME | ☐ Old Records Reviewed<br>☒ Nursing Notes Reviewed | SIMES, JULIAN CORDELL<br>MRN: 1501555<br>DOB: 06-19-92<br>GENDER: M<br>Street, Kellee A<br>Historic StP MRN: 501555s | ACCT: 1000190710<br>DOS: 11/21/03<br>Emergency Dept<br>ED-S |

### HISTORY OF PRESENT ILLNESS

Playing in park. Left park + unmarked van
many started chasing - they ran - worried it was kidnapper. 3-4 squad cars
place put hands away behind my back. Ptr started beating on me, apparently
kicking in head, legs, back. 4-5 officers
punching w/ hands. ∅ instruments.
has headache in area where hit

### REVIEW OF SYSTEMS

| Constitutional ☒ ☐ | GI ☒ ☐ | Psych ☐ ☒ "slow" mentally per patient |
| Eyes ☒ ☐ | GU ☒ ☐ | Endo ☐ ☐ |
| ENT ☐ ☒ see above | Musculo ☐ ☒ back pain | Hem/Lymph ☐ ☐ |
| CV ☒ ☐ | Skin ☒ ☐ wind kicked | ALL/Imm ☐ ☐ |
| Resp ☒ ☐ | Neuro ☐ ☒ frightened | ☐ Complete ROS otherwise negative |

### PAST MEDICAL/FAMILY/SOCIAL HISTORY

Seasonal all. Flonax. lives w/ mom. 6th grade
Concerta

### EXAM
Appearance  alert, a bit anxious
Hydration  mmm
HEENT  (R) above eye brow swelling + superficial abrasion, quite tender
Neck  supple  QUAD pupils equal and reactive, EOMI
Chest
Lungs  CTA Ⓑ
Heart  RRR ∅ murmur w/ S1, S2
Abdomen  Soft NT/ND ∅ masses
Genitalia
Extremities  warm + well perfused
Skin/Lymph  ∅ rash or lesions
Neuro  A+O x3, after adults left room seemed ⇣ anxious
Spine  ∅ focal deficits

dismissed w/ MCRC - said this is not
a child abuse case. Should file
report with police (different precinct)

3rd yr  See Residents note for details. I saw + examined the pt + agree w/ Residents
findings + plans as written.

___ Notified and discussed with Primary MD _____ by ___
___ Notified and discussed with Consulting MD _____ by ___

C30713 (10/03)   **EMERGENCY DEPARTMENT RECORD**

SIMES, JULIAN CORDELL
MRN: 1501555
DOB: 06-19-92
GENDER: M
Street, Kellee A
Historic StP MRN: 501555s

ACCT: 1000190710
DOS: 11/21/03
Emergency Dept
ED-S

PATIENT NAME:

## ORDERS: LABS AND X-RAYS

- CBC/Diff
- BC
- Profile 7
- SSCR/R Strep
- U/A U/C/Hold
- LP Set

POCT Glucose:
Nl Range: 0–1 mo 60–90    > 1 mo 60–105    > 12y 70–110

- CXR
- AXR
- CT

X-ray:

ECG:

## ORDERS: INTERVENTIONS/PROCEDURES/MEDICATIONS | RESPONSE

2330 BR  Ibuprofen 100mg po X1 333 PS

☐ 1:1 monitoring

2315

StP Police contacted to come into ED to fill a report per mom's request.

DISCHARGE:

Diagnosis: assaulted by police, soft tissue injury

Discharge Plan/Instruction: Social work involved, police arrived to make report. Ibuprofen for pain, ℞

☐ SSU observation for _____
☐ MD Instruct/parent signature for understanding _____
Disposition: Time 0130  ☒ Discharge  ☐ Admitted to _____
See other records: ☐ Sedation ☐ Pre-Op ☐ Frequent VS ☐ Laceration Repair ☐ Restraint ☐ Transfer ☐ Other _____
☐ Admission ☐ Dictation or Patient Progress Record
By _____ ☐ Transferred to _____

SIGNATURES | INIT. | SIGNATURES | INIT.

MEDICAL STUDENT
D. Rosenberg
RESIDENT

EXAMINING PROVIDER(S)
Condition on discharge: ☒ Stable ☐ Other
JL

C30713 (10/03)

**EMERGENCY DEPARTMENT RECORD**

EXHIBIT B

## RETAINER AGREEMENT

I, Alishea Simes, as parent and natural guardian of my minor son, Julian, hereby retain and employ Eric Hageman and Flynn, Gaskins & Bennett, L.L.P., to represent me in the handling, presentation and settlement of any and all claims which I may have as a result of damages Julian sustained in a violation of the Federal Civil Rights Act or under applicable state law occurring on or about November 21, in the City of St. Paul, County of Ramsey, State of Minnesota, and to institute any and all litigation necessary in connection therewith, and to supervise and generally handle the same, and do hereby agree to pay a legal fee in the amount of forty percent (40%) of the gross recovery, if any, in a single cash payment, whether as a result of settlement or trial or the amount awarded by the court under 42 U.S.C. §1988 after the trial or settlement, whichever is greater. "Gross recovery" includes any award of or agreement on compensatory damages plus any award or agreement on punitive damages, plus any award of or agreement on costs, including reasonable attorneys' fees under 42 U.S.C. §1988.

In the event a structured settlement is entered into providing for deferred periodic payments as to my claim, the structured settlement may also provide for periodic payment of fees to the attorneys over such period of time as periodic payments are made to me, or at the option of the attorneys, the payments may be paid over a period of three years or less or in a single lump sum. The fees of the attorneys shall be based upon the actual cost of such negotiated structured settlement or the net present value of a settlement, to the extent that the actual cost or net present value is ascertainable.

I understand that my attorneys will investigate my claim, and if at any time thereafter, it does not appear to have merit, then my attorneys shall have the right to terminate this agreement. It is further understood and agreed that I shall pay, upon any recovery hereunder, all out-of-pocket costs involved in the prosecution of this claim, such as court costs, costs of litigation, expert witnesses, depositions and the like, and that such costs will be in addition to the legal fees set forth above.

All medical expenses and medical charges of any kind relating to this claim are not litigation costs and will be paid by me or my insurers. In the event of a recovery, I agree that my attorneys may pay any of these bills from my share of the recovery to the extent they are outstanding. Should I recover nothing, it is understood that my attorneys are not bound to pay any of these medical bills.

If no recovery is obtained, no fees shall be payable to my attorneys. My attorneys, in their discretion, may withdraw at any time from the case if investigation discloses no insurance coverage or no assets or no liability of any of the defendants. Associate counsel may be employed at the discretion and expense of my attorneys.

I hereby authorize my attorneys to turn over all information including doctors' reports, etc., and any and all photographs to the insurance companies of any of the defendants.

No promise or representation has been made by my attorneys as to the outcome of the claim or litigation, or as to what amounts, if any, I may be entitled to recover in this case.

No settlement in this claim shall be made without my prior consent.

This Fee Agreement shall be binding upon my heirs, assigns, successors, executors and legal representatives and will supersede any prior Fee Agreement.

Dated this 16 day of January, 2004.

*Alishea Simes*
Alishea Simes, as parent and natural guardian of Julian Simes

# RETAINER AGREEMENT

I, Veronica Jones, as parent and natural guardian of my minor son, Christopher, hereby retain and employ Eric Hageman and Flynn, Gaskins & Bennett, L.L.P., to represent me in the handling, presentation and settlement of any and all claims which I may have as a result of damages Christopher sustained in a violation of the Federal Civil Rights Act or under applicable state law occurring on or about November 21, in the City of St. Paul, County of Ramsey, State of Minnesota, and to institute any and all litigation necessary in connection therewith, and to supervise and generally handle the same, and do hereby agree to pay a legal fee in the amount of forty percent (40%) of the gross recovery, if any, in a single cash payment, whether as a result of settlement or trial or the amount awarded by the court under 42 U.S.C. §1988 after the trial or settlement, whichever is greater. "Gross recovery" includes any award of or agreement on compensatory damages plus any award or agreement on punitive damages, plus any award of or agreement on costs, including reasonable attorneys' fees under 42 U.S.C. §1988.

In the event a structured settlement is entered into providing for deferred periodic payments as to my claim, the structured settlement may also provide for periodic payment of fees to the attorneys over such period of time as periodic payments are made to me, or at the option of the attorneys, the payments may be paid over a period of three years or less or in a single lump sum. The fees of the attorneys shall be based upon the actual cost of such negotiated structured settlement or the net present value of a settlement, to the extent that the actual cost or net present value is ascertainable.

I understand that my attorneys will investigate my claim, and if at any time thereafter, it does not appear to have merit, then my attorneys shall have the right to terminate this agreement. It is further understood and agreed that I shall pay, upon any recovery hereunder, all out-of-pocket costs involved in the prosecution of this claim, such as court costs, costs of litigation, expert witnesses, depositions and the like, and that such costs will be in addition to the legal fees set forth above.

All medical expenses and medical charges of any kind relating to this claim are not litigation costs and will be paid by me or my insurers. In the event of a recovery, I agree that my attorneys may pay any of these bills from my share of the recovery to the extent they are outstanding. Should I recover nothing, it is understood that my attorneys are not bound to pay any of these medical bills.

If no recovery is obtained, no fees shall be payable to my attorneys. My attorneys, in their discretion, may withdraw at any time from the case if investigation discloses no insurance coverage or no assets or no liability of any of the defendants. Associate counsel may be employed at the discretion and expense of my attorneys.

I hereby authorize my attorneys to turn over all information including doctors' reports, etc., and any and all photographs to the insurance companies of any of the defendants.

No promise or representation has been made by my attorneys as to the outcome of the claim or litigation, or as to what amounts, if any, I may be entitled to recover in this case.

No settlement in this claim shall be made without my prior consent.

This Fee Agreement shall be binding upon my heirs, assigns, successors, executors and legal representatives and will supersede any prior Fee Agreement.

Dated this 10th day of December, 2003.

*Mrs. Veronica [signature]*
Veronica Jones, as parent and natural guardian of Christopher Jones